| UNITED STATES BANKRUPTCY COURT<br>**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MRV Technologies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**MRV Engineers and Constructors, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2605855** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**605 River Bend Dr., Suite 105**<br>**Georgetown, Texas**<br>ZIP CODE **78628-0004** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Williamson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Engineering** | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** (Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **MRV Technologies, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **MRV Technologies, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X */s/ Martinec*
Signature of Attorney for Debtor(s)
**Joseph D. Martinec**
Printed Name of Attorney for Debtor(s)
**Martinec, Winn & Vickers, P.C.**
Firm Name
**919 Congress Avenue, Ste. 200**
**Austin, Texas 78701**
Address
**(512) 476-0750**
Telephone Number
**6/15/2015**
Date
Bar No.: 13137500
Fax: (512) 476-0753
E-mail: martinec@mwvmlaw.com

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jack R. Medcalf*
Signature of Authorized Individual
**Jack R. Medcalf**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**6/15/2015**
Date

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| MRV TECHNOLOGIES, INC., | § | |
| | § | CASE NO. |
| Debtor. | § | |

### VERIFICATION OF CREDITOR MATRIX

Jack R. Medcalf, President of the above named Debtor, hereby verifies that the attached list of creditors is true and correct to the best of his knowledge and belief.

DATED:   June 15, 2015

MRV TECHNOLOGIES, INC.

By: *Jack R Medcalf*
Jack R. Medcalf, President

F:\MRV Technologies\Schedules & Attachments\11 Attachment Corp.docx

605 River Bend LLC
131 Ranch View Rd.
Georgetown, TX 78626


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463


Atkins North America, Inc.
4030 West Boy Scout Blvd., Ste. 700
Tampa, FL 33607


Big M Construction, Inc.
1200 Windfern Rd.
Houston, TX 77064


Calwater Drilling Co., Inc.
c/o Darrell F. Champion
P.O. Box 4132
Modesto, CA 95352


Catalyst Finance, L.P.
P.O. Box 19589
Houston, TX 77224-9589


Champion Industrial Contractors
P.O. Box 4132
Modesto, CA 95352


Control Panels USA, Inc.
16310 Bratton Lane
Bldg. 1, Ste. 100
Austin, TX 78728


Davis, C.A. "Joe
Husch Blackwell, LLP
111 Congress Ave., Ste. 1400
Austin, TX 78701

Dell Financial Services L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753


Ecologix Environmental Systems, LLC
11800 Wills Rd., Ste. 100
Alpharetta, GA 30009-2089


Evoqua Water Technologies, LLC
P.O. Box 360766
Pittsburgh, PA 15251-6766


General Electric Corp.
P.O. Box 740423
Atlanta, GA 30374-0423


Grainger
Dept 829357698
P.O. Box 419267
Kansas City, MO 64141-6267


Holloway, Michael
8440 SE 16th Terrace
Ocala, FL 34480


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
District Counsel Office, 300 E. 8th St.,
Austin, TX 78701

ISC
P.O. Box 9286
Springfield, MO 65801


ITS
150 Telfair Rd.
Savannah, GA 31415-1605


Kohutek Engineering and Testing, Inc.
4809 Williams Drive
Georgetown, TX 78628


LF Mfg., Inc.
P.O. Box 4458, Dept. 109
Houston, TX 77210-4458


Lone Star Electric
P.O. Box 6451
Abilene, TX 79608


Lonesome Dove Capital, LP d/b/a South Te
c/o James T. Clancy
802 N. Carancahua, Ste. 1900
Corpus Christi, TX 78470-0700


Medcalf, Jack R. (President)
605 River Bend Dr., Ste. 105
Georgetown, TX 78628-0004


Met Life (#6543-USU)
P.O. Box 354
Warwick, RI 02887-0354


Omega Steel, Inc.
3375 US Hwy 80
Bloomingdale, GA 31802

Porter Austin
P.O. Box 484
Hutto, TX 78634


Pro Refrigeration, Inc.
326 8th Street SW
Auburn, WA 98001


Progressive Pumps
P.O Box 73108
Houston, TX 77273-3108


Pye-Barker
P.O. Box 934031
Atlanta, GA 31193-4031


Regions Bank
1900 Fifth Avenue
Birmingham, AL 35203


RWP Engineering, Inc.
31 W. Congress St., Ste. 305
Savannah, GA 31401


Savannah Tank & Equipment
1517 Telfair Rd.
Garden City, GA 31415


Scott & White (Corp #2405)
P.O. Box 840206
Dallas, TX 75284-0206


Sharpe Mixers
P.O. Box 3906
Seattle, WA 98124-3906

Texas Attorney General's Office
Collections Div - Bankruptcy, P. O. Box
Austin, TX 78711-2548


Texas Workforce Commission
TWC Building, Attn: Bankruptcy Section
Austin, TX 78778


U. S. Attorney/IRS
Western District of Texas, 601 NW Loop 4
San Antonio, TX 78216-5512


UNUM Insurance Co (#176-001)
P.O. Box 409548
Atlanta, GA 30384-9548


USAA Life Ins. Co. (#8375)
9800 Fredericksburg Rd.
San Antonio, TX 67277


Vantage Pump & Compressor
c/o LeLaurin & Kessler, LLP
8620 N. New Braunfels, Ste. 315
San Antonio, TX 78217


Verizon Southwest (#42659)
P.O. Box 920041
Dallas, TX 75392-0041


Voigt, Harry D. (Secretary/Treasurer)
605 River Bend Dr., Ste. 105
Georgetown, TX 78628-0004


Wells Fargo Card Services, Inc.
P.O. Box 54349
Los Angeles, CA 90054-0349

```
Williamson County Tax Collector
Property Tax/Bankruptcy Dept.
904 S. Main St.
Georgetown, TX 78626
```