B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re  MRV Technologies, Inc.,
         Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Atkins North America, Inc. 4030 West Boy Scout Blvd., Ste. 700 Tampa, Florida 33607 | Davis, C.A. "Joe Husch Blackwell, LLP 111 Congress Ave., Ste. 1400 Austin, TX 78701 | Garnishment (Preferential Transfer) | This claim is disputed. | $1,058,727.00  Value of Security: $0.00 |
| ISC P.O. Box 9286 Springfield, MO 65801 | | | | $377,658.45 |
| ITS 150 Telfair Rd. Savannah, GA 31415-1605 | | | | $99,753.58 |
| Big M Construction, Inc. 1200 Windfern Rd. Houston, TX 77064 | | | This claim is disputed. | $91,873.32 |
| Omega Steel, Inc. 3375 US Hwy 80 Bloomingdale, GA 31802 | | | | $78,695.70 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Savannah Tank & Equipment<br>1517 Telfair Rd.<br>Garden City, GA 31415 | | | | $63,806.40 |
| Holloway, Michael<br>8440 SE 16th Terrace<br>Ocala, FL 34480 | | | | $53,821.17 |
| LF Mfg., Inc.<br>P.O. Box 4458, Dept. 109<br>Houston, TX 77210-4458 | | | | $45,927.50 |
| Pro Refrigeration, Inc.<br>326 8th Street SW<br>Auburn, WA 98001 | | | | $35,510.75 |
| Wells Fargo Card Services, Inc.<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 | | | | $25,897.61 |
| Pye-Barker<br>P.O. Box 934031<br>Atlanta, GA 31193-4031 | | | | $25,833.20 |
| Lone Star Electric<br>P.O. Box 6451<br>Abilene, TX 79608 | | | | $25,158.45 |
| Evoqua Water Technologies, LLC<br>P.O. Box 360766<br>Pittsburgh, PA 15251-6766 | | | | $22,247.98 |
| Sharpe Mixers<br>P.O. Box 3906<br>Seattle, WA 98124-3906 | | | | $11,628.93 |
| RWP Engineering, Inc.<br>31 W. Congress St., Ste. 305<br>Savannah, GA 31401 | | | | $4,460.00 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| Progressive Pumps<br>P.O Box 73108<br>Houston, TX 77273-3108 | | | $3,714.40 |
| Control Panels USA, Inc.<br>16310 Bratton Lane<br>Bldg. 1, Ste. 100<br>Austin, TX 78728 | | | $3,500.00 |
| Ecologix Environmental Systems, LLC<br>11800 Wills Rd., Ste. 100<br>Alpharetta, GA 30009-2089 | | | $3,050.00 |
| General Electric Corp.<br>P.O. Box 740423<br>Atlanta, GA 30374-0423 | | This claim is disputed. | $2,314.66 |
| Grainger<br>Dept 829357698<br>P.O. Box 419267<br>Kansas City, MO 64141-6267 | | | $772.71 |

MRV Technologies, Inc.

Date: June 15, 2015

By: *Jack R Medcalf*
Debtor  Jack R. Medcalf, President

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jack R. Medcalf, the president of MRV Technologies, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: June 15, 2015

*Jack R Medcalf*
Jack R. Medcalf, President